The Delaware, Lackawanna and Western Railroad Company, Respondent, v. The City of Buffalo and Francis G. Ward, as Commissioner of Public Works of the City of Buffalo, Appellants.— Order affirmed, with ten dollars costs and disbursements, on the ground that the court below properly exercised its discretion in holding the injunction until the trial of the case and the development of the facts. All concurred.

Joseph Altman, Appellant, v. The Cosmopolitan Fire Insurance Company of New York, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. Held, that the complaint states but a single cause of action. All concurred.

Civilla M. Reed, as Administratrix, etc., of Louis J. Reed, Deceased, Respondent, v. The Iron Elevator and Transfer Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Fred J. Swift, Respondent, v. Mary A. Droman and Others, Appellants.— Judgment affirmed, with costs. All concurred.

John Darcy, Respondent, v. Malcolm I. Danks, Appellant.— Judgment and order affirmed, with costs. All concurred.

Cyrus F. Glazier, Appellant, v. William Quinn, Respondent.— Motion to dismiss appeal denied, without costs. Case ordered placed at foot of present calendar to be argued at present term of court.

Norman E. Radley, an Infant, by John L. Radley, His Guardian ad Litem, Appellant, v. Samuel Shopiro, Respondent.— Judgment affirmed, with costs, upon opinion of Spring, J., on former appeal in this case (114 App. Div. 659). All concurred, except McLennan, P. J., and Robson, J., who dissented upon the grounds stated in the dissenting opinion of McLennan, P. J., on the former appeal.

William F. Keller, Respondent, v. Lehigh Valley Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Williams, J., who dissented.

Henry G. Felkel and John Felkel, Respondents, v. Syracuse, Binghamton and New York Railroad Company, Appellant.— Judgment affirmed, with costs. All concurred, except Spring, J., who dissented.

Jennie Butler, Respondent, v. Thomas Holahan, Appellant.— Judgment and order affirmed, with costs. All concurred, except Spring, J., who dissented.

Clara Turner, Appellant, v. William A. Oliver and John C. Lerch, Respondents.— Judgment and order affirmed, with costs. All concurred.

Theodore Walrath, Respondent, v. Frederick H. Ebeling, Appellant.— Judgment and order affirmed, with costs. All concurred.

Bertram Tetter, an Infant, by William Tetter, His Guardian ad Litem, Respondent, v. Buffalo Steel Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Robert Bates, Respondent, v. Parke A. Davis, Appellant.— Judgment and order affirmed, with costs. All concurred.

Winslow Powers, Respondent, v. Robert T. Henry, Appellant.— Judgment and order affirmed, with costs. All concurred.

John J. Bannon, Appellant, v. The New York Central and Hudson River

Railroad Company, Respondent.— Judgment and order affirmed, with costs. All concurred.

John J. Bannon, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Mary Bodkin, Respondent, v. Daniel E. Knowlton, Appellant.— Judgment and order affirmed, with costs. All concurred.

Maynard N. Clement, as State Commissioner of Excise of the State of New York, Respondent, v. Clemence Vogel and Fidelity and Casualty Company of New York, Appellants.— Judgment and order affirmed, with costs. All concurred.

Genesee River Railroad Company, Appellant, v. Ella M. Boyington, Respondent, Impleaded with Lizzie W. Sheldon.— Order affirmed, with costs. All concurred.

Emmons Howard, Appellant, v. John J. Albright, Respondent.— Judgment and order affirmed, with costs. See opinion of Spring, J., on former appeal (129 App. Div. 763). All concurred.

John F. Ebinger, Respondent, v. Syracuse Rapid Transit Railway Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Williams, J., who dissented.

William J. Demong, Respondent, v. Syracuse' Rapid Transit Railway Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

National Metal Edge Box Company, Respondent, v. Darwin B. Gotham, Appellant.— Judgment affirmed, with costs, on opinion of Robson, J., on former appeal (125 App. Div. 101). All concurred.

Edward J. Roseneau, as Receiver, etc., Respondent, v. Empire Circuit Company and Others, Appellants.— Motion to amend decision denied, with ten dollars costs.

Peter A. Porter and Others, Respondents, v. International Bridge Company and Others, Appellants.— Motion for leave to appeal to Court of Appeals granted. Settle order before Presiding Justice McLennan on two days' notice.

William F. Lynn, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Motion for reargument denied, with ten dollars costs.

Charles A. Weller, Appellant, v. Buffalo Expanded Metal Company, Respondent.— Judgment and order affirmed, with costs. All concurred.

Nona M. Gleason, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Williams and Robson, JJ., who dissented upon the ground that the verdict is excessive, also that errors were committed in the admission of evidence.

Rufus Newton, as Administrator, etc., of Chauncey Newton, Deceased, Respondent, v. The Chautauqua Traction Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Anna C. Kippley, as Administratrix, etc., of George W. Kippley, Deceased, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred.